# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LATASHA TAYLOR,**

   **Plaintiff,**

**v.**              **Case No:   6:17-cv-332-Orl-22GJK**

**REGIONAL ACCEPTANCE CORP.,**

   **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion to Remand (Doc. No. 15). Defendant has filed a Consent to Remand (Doc. No. 19).

Based on the foregoing, it is ordered as follows:

1. Plaintiff's Motion to Remand (Doc. No. 15) is GRANTED.

2. This case is hereby REMANDED to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida (Case No. 2017-ca-000544-o).

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 3, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Clerk, Ninth Judicial Circuit,
　In and for Orange County, Florida